Same case below, 394 Fed. Appx. 406.

Same case below, 325 S.W.3d 1.

**No. 10-7835. Dyshawn Johnson, Petitioner v. United States.**

563 U.S. 919, 131 S. Ct. 1814, 179 L. Ed. 2d 775, 2011 U.S. LEXIS 2702.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 614 F.3d 942.

**No. 10-8008. Dante Jamon Walker, Petitioner v. United States.**

563 U.S. 919, 131 S. Ct. 1815, 179 L. Ed. 2d 775, 2011 U.S. LEXIS 2688.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 390 Fed. Appx. 854.

**No. 10-8059. Michael J. Riley, Sr., Petitioner v. Louisiana State Bar Association, et al.**

563 U.S. 919, 131 S. Ct. 1815, 179 L. Ed. 2d 775, 2011 U.S. LEXIS 2739.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 856.

**No. 10-8164. David Lynn Jordan, Petitioner v. Tennessee.**

563 U.S. 919, 131 S. Ct. 1815, 179 L. Ed. 2d 775, 2011 U.S. LEXIS 2810.

April 4, 2011. Petition for writ of certiorari to the Supreme Court of Tennessee, Western Division, denied.

**No. 10-8166. Benny Stevens, Petitioner v. Christopher B. Epps, Commissioner, Mississippi Department of Corrections.**

563 U.S. 919, 131 S. Ct. 1815, 179 L. Ed. 2d 775, 2011 U.S. LEXIS 2635.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 618 F.3d 489.

**No. 10-8167. Roosevelt Smith, Jr., Petitioner v. Texas.**

563 U.S. 919, 131 S. Ct. 1815, 179 L. Ed. 2d 775, 2011 U.S. LEXIS 2747.

April 4, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-8248. Paul David Storey, Petitioner v. Texas.**

563 U.S. 919, 131 S. Ct. 1816, 179 L. Ed. 2d 775, 2011 U.S. LEXIS 2699.

April 4, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-8250. Rick Stanford, Petitioner v. Matt Olin.**

563 U.S. 919, 131 S. Ct. 1816, 179 L. Ed. 2d 775, 2011 U.S. LEXIS 2650.

April 4, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Three, denied.